**SEAN D. COONEY, ESQ.**
NV Bar # 12945
**ADAM C. EDWARDS, ESQ.**
NV Bar # 15405
**CARMAN COONEY FORBUSH PLLC**
4045 Spencer Street Suite A47
Las Vegas, NV 89119
Telephone: (702) 421-0111
Facsimile: (702) 516-1033
service@ccfattorneys.com
Attorneys for Defendant
State Farm Fire and Casualty Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUMMIT RESOURCES, LLC a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY; and DOES 1 to 10, inclusive,<br><br>Defendants | 3:20-cv-00497-MMD-CLB<br><br>**STIPULATION & ORDER FOR MANDATORY SETTLEMENT CONFERENCE AND STAY OF DISCOVERY** |

**WHEREAS** the parties have conducted sufficient discovery that they believe the matter is now ripe for a settlement conference; and

**WHEREAS** the parties wish to avoid the cost and expense of expert witnesses if they can resolve the matter;

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Summit Resources, LLC, and Defendant State Farm Fire and Casualty Company by and through their respective counsel of record, that the parties request this Court to

order a settlement conference in this matter.

It is further stipulated that all discovery deadlines are stayed. In the event that the matter does not settle at the mandatory settlement conference the current deadlines will be tolled from May 25, 2021, through the date of the conference.

DATED   May 25, 2021

**CARMAN COONEY FORBUSH PLLC**

_____
SEAN D. COONEY, ESQ.
ADAM C. EDWARDS, ESQ.
Attorneys for Defendant
State Farm Fire and Casualty Company

DATED   May 25, 2021

**SIMONS HALL JOHNSTON PC**

/s/ *Kendra Jepsen*
_____
MARK G. SIMONS, ESQ.
KENDRA JEPSEN, ESQ.
Attorneys for Plaintiff
Summit Resources, LLC

IT IS SO ORDERED.

Dated: May 28, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

**ORDER**

**IT IS SO ORDERED.**

Dated: _____

_____
xxxxxxxxxxxxxxxxxxxxxxxxxxx
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of CARMAN COONEY FORBUSH PLLC, and that on May 25, 2021, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document Served:**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**Person(s) Served:**

Mark G. Simons, Esq.

**SIMONS HALL JOHNSTON PC**
6490 S. McCarran Blvd., Suite F-46
Reno, Nevada 89509
Attorney for Plaintiff,
Summit Resources, LLC

Attorney for ,                                          Attorney for ,

Attorney for ,                                   Attorney for ,

Choose an item.

_____

**CARMAN COONEY FORBUSH PLLC**