**SEAN D. COONEY, ESQ.**
NV Bar # 12945
**ADAM C. EDWARDS, ESQ.**
NV Bar # 15405
**CARMAN COONEY FORBUSH PLLC**
4045 Spencer Street Suite A47
Las Vegas, NV 89119
Telephone: (702) 421-0111
Facsimile: (702) 516-1033
service@ccfattorneys.com
Attorneys for Defendant
State Farm Fire and Casualty Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUMMIT RESOURCES, LLC a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY; and DOES 1 to 10, inclusive,<br><br>Defendants | 3:20-cv-00497-MMD-CLB<br><br>**STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Summit Resources, LLC and Defendant State Farm Fire and Casualty Company, by and through their respective counsel of record, that the entire matter be dismissed with prejudice, each party to bear their own fees and costs.

\ \ \

\ \ \

\ \ \

It is further stipulated that all current hearings, deadlines, trial dates, and conferences on calendar shall be vacated.

DATED  September 3, 2021  DATED  September 3, 2021

**CARMAN COONEY FORBUSH PLLC**  **SIMONS HALL JOHNSTON PC**

SEAN D. COONEY, ESQ.  MARK G. SIMONS, ESQ.
ADAM C. EDWARDS, ESQ.  KENDRA JEPSEN, ESQ.
Attorneys for Defendant  Attorneys for Plaintiff
State Farm Fire and Casualty Company  Summit Resources, LLC

**ORDER**

**IT IS SO ORDERED.**

Dated: September 7, 2021

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of CARMAN COONEY FORBUSH PLLC, and that on August 26, 2021, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document Served:**

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**Person(s) Served:**

Mark G. Simons, Esq.
Kendra Jepsen, Esq.
**SIMONS HALL JOHNSTON PC**
6490 S. McCarran Blvd., Suite F-46
Reno, Nevada 89509
Attorney for Plaintiff,
Summit Resources, LLC

/s/ Jennifer Velasquez
_____
**CARMAN COONEY FORBUSH PLLC**